IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW RYAN ELLIOTT                                           PETITIONER

v.                         NO. 4:22-cv-00947-JM

DEXTER PAYNE                                                   RESPONDENT

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Matthew Ryan Elliott ("Elliott") is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District

Courts, a certificate of appealability is also denied because Elliott cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

    IT IS SO ORDERED this 25th day of April, 2023.

 

_____
UNITED STATES DISTRICT JUDGE