IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW RYAN ELLIOTT                                                        PETITIONER

v.                              NO. 4:22-cv-00947-JM

DEXTER PAYNE                                                                RESPONDENT

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 25th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE